UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF07042 (rev 04/2008)

In Re:

Irwin Financial Corporation
    SSN: NA          EIN: 35–1286807

Case Number:
**09–13852–FJO–7A**

Debtor(s)

## ORDER IN ASSET CASE

Pursuant to the Section 341 Meeting of Creditors held in the above−captioned case, the Trustee notified the court that possible assets exist for administration.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of this Court shall be, and hereby is, directed to send out a notice to file claims to all creditors and other parties in interest pursuant to Rule 3002(c)(5) Fed.R.Bankr.P. if no such notice has been sent;
2. The Trustee shall be, and hereby is, directed to file a complete inventory of any property of the debtor(s) pursuant to Rule 2015(a)(1) Fed.R.Bankr.P. within thirty (30) days from the date of this Order, unless an inventory has been filed; and
3. The Trustee shall be, and hereby is, directed to file a report of any property to be abandoned and to give notice of abandonment pursuant to Rule 6007(a) Fed.R.Bankr.P. within thirty (30) days from the date of this Order, unless such report has been filed and such notice has been given.

Dated:  November 10, 2009

JUDGE FRANK J. OTTE
U.S. BANKRUPTCY COURT